**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:       Allen Keith Alexander v. The State of Texas

Appellate case number:    01-18-00959-CR

Trial court case number:   1511205

Trial court:               337th District Court of Harris County

This Court's March 5, 2019 Order of Abatement had abated and remanded this case for the trial court to conduct a late-brief hearing to determine whether appellant's appointed counsel, Angela L. Cameron, had abandoned the appeal. That Order of Abatement also stated that if appellant's counsel filed an extension request or a motion to reinstate in this Court within 10 days of that Order, we may withdraw that Order.

On March 6, 2019, appellant's new appointed counsel, Melissa Martin, filed a motion to extend the time for filing her brief until April 17, 2019, in both this case and the related appellate cause number 01-18-00958-CR. Because new lead counsel has filed extensions in both cases and the Clerk of this Court already granted appellant's extension in 01-18-00958-CR until April 17, 2019, but with no further extensions to be granted, this Court construes this extension to include a motion to reinstate this case.

Accordingly, the Court **GRANTS** appellant's motion to extend the time for filing appellant's brief, construed to include a motion to reinstate this appeal, **until April 17, 2019, with no further extensions to be granted**. This Court directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket, withdraw the Order of Abatement, and designate **Melissa Martin** as appellant's lead counsel. If appellant's brief is not filed by April 17, 2019, this Court may abate this case. *See* TEX. R. APP. P. 38.8(b)(2).

It is so ORDERED.

Judge's signature: __/s/ Justice Evelyn V. Keyes_____

                ☒ Acting individually   ☐ Acting for the Court

Date: __March 12, 2019_____